# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TORRES, | Case No. 2:17-cv-01781-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 23) |
| GEICO CASUALTY COMPANY, et al., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 23. The Court **ORDERS** the parties to file a stipulation of dismissal no later than April 13, 2018.

IT IS SO ORDERED.

DATED: March 14, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge