McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
GEICO Casualty Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TORRES, <br><br> Plaintiff, <br><br> v. <br><br> GEICO CASUALTY COMPANY; DOES I through XX, inclusive; ROE CORPORATIONS I through XX, inclusive; DOE INSURANCE ADJUSTERS I through XX, inclusive, <br><br> Defendants. | Case No. 2:17-cv-01781-APG-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> (ECF No. 25) |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

. . .

. . .

. . .

Each party will bear their own costs and attorneys' fees.

DATED this 15th day of March, 2018

THE COTTLE FIRM

By _____
Robert W. Cottle, Nevada Bar No. 4576
Daniel M. Ryan, Nevada Bar No. 12485
8635 South Eastern Avenue, Suite 2213
Las Vegas, Nevada 89123
Tel. (702) 834-8000

Attorneys for Plaintiff

DATED this 23 day of March, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant
GEICO Casualty Company

**ORDER**

IT IS SO ORDERED.

Dated: March 26, 2018.

_____
UNITED STATES DISTRICT JUDGE

5031788.1